*Corcoran, Peckham & Hayes, Kathleen Managhan,* for respondent.

M. P. No. 78-319. THE NARRAGANSETT ELECTRIC COMPANY *v.* JULIUS C. MICHAELSON *et al.* Petitioner's motion for stay of the Public Utilities Commission order No. 9605, entered on August 21, 1978 is granted. No extensions of the time for filing briefs shall be permitted in this matter and the, case shall be assigned for oral argument forthwith upon the filing of briefs. *Pasco Gasbarro, Jr., Samuel Huntington, Thomas G. Robinson,* for petitioner. *Julius C. Michaelson,* Attorney General, *R. Daniel Prentiss,* Special Assistant Attorney General, for respondents.

M. P. No. 78-323. CITY OF CENTRAL FALLS, A MUNICIPAL CORPORATION, *v.* LOCAL 1485 INTERNATIONAL ASSOCIATION OF FIREFIGHTERS *et al.* The petition for writ of certiorari is granted. The prayer of Local 1485 International Association of Firefighters AFL-CIO for an order enjoining the petitioner from placing disabled firefighters on disability pension at fifty percent of their pay, as prayed, is granted. *Paul G. Mac Lean,* City Solicitor, *Robert H. Newman,* Assistant City Solicitor, for petitioner. *Capineri & Crowley, Joseph A. Capineri, Frederic C. Crowley,* for respondents.

Appeal No. 78-65. NARRAGANSETT FOOD SERVICES, INC. *v.* RHODE ISLAND DEPARTMENT OF LABOR. Appellant's motion to treat the appeal as a petition for writ of certiorari is granted without prejudice to the right of appellee to question the improvidence of the granting of the writ. *Tillinghast, Collins & Graham, Alfred B. Stapleton, Mark A. Pfeiffer, Chester S. Labedz, Jr.,* for appellant. *Julius C. Michaelson,* Attorney General, *E. Martin Stutchfield,* Special Assistant Attorney General, *Allen P. Rubine,* Assistant Attorney General, for appellee.